UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Chucuan Winstead<br>327 Chapman Street<br>Newark, NJ 07106 | : <br> : <br> : <br> : | CIVIL ACTION NO.: 13-5147 |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| Essex County Department of<br>Corrections, et al.<br>354 Doremus Ave.<br>Newark, NJ 07105 | : <br> : <br> : <br> : <br> : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## ORDER

AND NOW this __16th__ day of __December__, 2013, upon consideration of Plaintiff's Motion to Amend, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff's Complaint is deemed to be directly pleaded against all Defendants/Third-Party Defendants, without more.

**AND IT IS SO ORDERED.**

~~Katharine S. Hayden~~ , J.
Cathy L Waldor USMJ